JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| MARIA FERNANDEZ, an individual, | Case No. EDCV 17-811-MWF(GJSx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| FLEXSTEEL INDUSTRIES, INC., a Minnesota corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | Action Filed: January 27, 2017<br>Trial Date: None |

**TO ALL PARTIES AND THERE ATTORNEYS OF RECORD:**

The Court, having read and considered the Stipulation to Dismiss Action with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned lawsuit be dismissed with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated: November 3, 2017

_____
Hon. Michael W. Fitzgerald
United States District Court
District Court Judge

31863217.1

---

1

[PROPOSED] ORDER GRANTING STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE